**Michael Anthony SORBELLO, Plaintiff-Appellant,**

v.

**HAYWOOD COUNTY MUNICIPALITY; Charlie Cook, Public Defender, Individually and in his Official Capacity; M.A. McAbee, Deputy Sheriff with the Haywood County Sheriff's Office, Individually and in his Official Capacity; Rob Skiver, Police Officer with the Waynesville Police Department, Individually and in his Official Capacity; N.C. State Crime Laboratory, Department of Justice Western; G. Baxter,** **Examiner with the N.C. State Crime Laboratory, Individually and in his Official Capacity, Defendants-Appellees.**

No. 16-7186

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 28, 2016

Michael Anthony Sorbello, Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Sorbello appeals the district court's order dismissing his 28 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sorbello's informal brief does not challenge the basis for the district court's disposition, Sorbello has waived appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we deny Sorbello's motion for appointment of counsel and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

AFFIRMED